Law Office of
# RONALD G. BROWN
P.O. Box 2369
Kirkland, WA 98083

Phone: (425) 522–3649　　　　　　　　　　　　　　　　　　　　　　　　E-Mail: rgblaw@nwlink.com

December 12, 2022

The Honorable Timothy W, Dore
United States Bankruptcy Court
VIA ECF ONLY

      Re: Alice Lynn Hanify
         U.S. Bankruptcy Court No. 22-10566

Dear Judge Dore:

    I am the Chapter 7 trustee in the above referenced bankruptcy proceedings. I am writing to request that I be allowed to appear telephonically for the Objection to Claim filed by the debtor scheduled at 9:30 am on December 16, 2022. I would like to limit public exposure during the current pandemic for the protection of my family members. If you have any questions, please contact me.

                                      Sincerely,

                                      */s/ Ronald G. Brown*
                                      Ronald G. Brown
                                      Chapter 7 Trustee

RGB/by