Honorable Timothy W. Dore
Chapter 7
Hearing Date: December 16, 2022
Hearing Time: 9:30 a.m.
Responses Due: December 9, 2022

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | | |
|---|---|---|
| In Re: | ) | **CASE NO. 22-10566-TWD** |
| | ) | **CHAPTER 7** |
| | ) | |
| ALICE LYNN HANIFY, | ) | ORDER DISALLOWING CLAIM |
| | ) | NO. 6 OF LVNV FUNDING, LLC |
| Debtor. | ) | AND ATTORNEY FEES |
| | ) | |

THIS MATTER having come before the Court on the Debtor's Objection to Proof of Claim No. 6 of LVNV Funding, LLC, proper notice having been given to LVNV Funding, LLC and its agent Resurgent Capital Services LP, and for cause shown, it is ORDERED that:

1. The Debtor's Objection to Proof of Claim is sustained.

2. The Proof of Claim (ECF Claim No. 6) of LVNV Funding, LLC is disallowed.

3. Judgment is hereby entered in favor of the Debtor Alice Hanify and against Claimants, alleged creditor LVNV Funding, LLC and its agent Resurgent Capital Services LP, in the amount of $1,200.00 for attorney fees, based on agreement of the relevant parties that this is appropriate, which shall bear interest at the statutory rate for federal judgments.

ORDER DISALLOWING CLAIM NO. 6 OF LVNV
FUNDING, LLC AND AWARDING SANCTIONS -- 1

**Lake Hills Legal Services PC
15600 N.E. 8th St., # B1-358
Bellevue, Washington 98008
Telephone: (425) 829-5305
E-mail: rp98007@gmail.com**

Case 22-10566-TWD    Doc 97-1    Filed 12/13/22    Ent. 12/13/22 17:51:15    Pg. 1 of 2

/// **End of Order** ///

Presented By:

/s/ *Richard L. Pope, Jr.*
RICHARD L. POPE, JR.
WSBA # 21118
Attorney for Debtor

ORDER DISALLOWING CLAIM NO. 6 OF LVNV
FUNDING, LLC AND AWARDING SANCTIONS -- 2

**Lake Hills Legal Services PC**
**15600 N.E. 8th St., # B1-358**
**Bellevue, Washington 98008**
**Telephone: (425) 829-5305**
**E-mail: rp98007@gmail.com**