**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re: ) Chapter 7
) No. 22-10566
ALICE LYNN HANIFY )
) EX PARTE ORDER
) AUTHORIZING APPOINTMENT
) OF ATTORNEY FOR TRUSTEE
Debtor. )

THIS MATTER having come upon the ex parte motion of Ronald G. Brown, Chapter 7 Trustee, the court having reviewed the declaration of Rory Livesey and The Livesey Law Firm, the court finding that notice of the trustee's motion is not required; that court having reviewed the records and pleadings herein and being fully advised that no adverse interest has been represented to exist, and that such employment is necessary and would be in the best interest of the estate, now, therefore,

IT IS HEREBY ORDERED that the Trustee is authorized to employ Rory Livesey and The Livesey Law Firm to serve as attorney for trustee on a general retainer basis to to pursue the bankruptcy estate's interest in pending adversary proceedings (Adv. Proc. No. 22-01031) against Merchants Credit Corporation and other defendants, and assist in the liquidation or other disposition of any non-exempt assets of the debtor. All compensation to the attorney shall be subject to further Bankruptcy Court approval upon proper notice to creditors.

// // END OF ORDER // //

EX PARTE ORDER AUTHORIZING APPOINTMENT
OF ATTORNEY FOR TRUSTEE - 1

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 968-3140 FACSIMILE

Case 22-01039-TWD    Doc    Filed 01/03/23    Ent. 01/03/23 11:49:03    Pg. 1 of 2

Presented by:

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

EX PARTE ORDER AUTHORIZING APPOINTMENT
OF ATTORNEY FOR TRUSTEE - 2

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 522-3402 FACSIMILE

Case 22-01039-TWD    Doc    Filed 01/03/23    Ent. 01/03/23 11:49:03    Pg. 2 of 2